IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES THOR KIRK,**
    Plaintiff,

vs.                                        No. 12-cv-1157 JAP/WPL

**DOCTOR ROLANDO FLORES and
OFFICER JEFFREY BURKE,**
    Defendants.

**ORDER**

On August 7, 2015, the Court filed a MEMORANDUM OPINION AND ORDER (Doc. No. 216) reasoning that Defendant Rolando Flores was entitled to qualified immunity and stating that the Court would enter summary judgment in his favor and dismiss all of the claims against him. *Id.* at 14. The Court neglected, however, to enter a separate partial summary judgment order terminating Defendant Flores from the case. On October 23, 2015, Defendant Flores filed a motion requesting that the Court enter final judgment in his favor. *See* DEFENDANT FLORES' MOTION FOR ENTRY OF FINAL JUDGMENT (Doc. No. 218). Plaintiff does not oppose the motion. *See* PLAINTIFF JAMES THOR KIRK'S NOTICE OF NON-OPPOSITION (Doc. No. 219). IT IS THEREFORE ORDERED THAT:

1. DEFENDANT FLORES' MOTION FOR ENTRY OF FINAL JUDGMENT (Doc. No. 218) is GRANTED.

2. Because the Court determines under Fed. R. Civ. P. 54(b) that there is no just reason for delay, the Court will enter final judgment in favor of Defendant Flores.

                                                     _____
                                                     SENIOR UNITED STATES DISTRICT JUDGE